Jenna Dakroub, CA #350170
E: jdakroub@consumerattorneys.com
CONSUMER ATTORNEYS
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (718) 715-1750

*Attorneys for Plaintiff*
*Marvella Garcia-Mijangos*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARVELLA GARCIA- MIJANGOS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., TRANS UNION LLC; TOYOTA FINANCIAL SERVICES;<br><br>Defendants. | Case No.: 5:24-cv-01488-SSS-SHK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff Marvella Garcia-Mijangos and Defendant Trans Union LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Trans Union LLC only. Plaintiff further

requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: November 26, 2024      */s/ Jenna Dakroub*
Jenna Dakroub, CA #350170
E: jdakroub@consumerattorneys.com
CONSUMER ATTORNEYS
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (718) 715-1750

*Attorneys for Plaintiff*
*Marvella Garcia-Mijangos*

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

**CONSUMER ATTORNEYS**

By: */s/ Jenna Dakroub*
Jenna Dakroub

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Jenna Dakroub*