Tarek N. Chami – MI# P76407
*Admitted Pro Hac Vice*
CONSUMER JUSTICE LAW FIRM PLC
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerjustice.com

Jenna Dakroub, CA #350170
E: jdakroub@consumerjustice.com
CONSUMER JUSTICE LAW FIRM PLC
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733

*Attorneys for Plaintiff*
*Marvella Garcia-Mijangos*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MARVELLA GARCIA- MIJANGOS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., TRANS UNION LLC; TOYOTA MOTOR CREDIT CORPORATION D/B/A TOYOTA FINANCIAL SERVICES;<br><br>Defendants. | Case No.: 5:24-cv-01488-SSS-SHK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TOYOTA MOTOR CREDIT CORPORATION D/B/A TOYOTA FINANCIAL SERVICES.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Marvella Garcia-Mijangos, and Defendant Toyota Motor Credit Corporation d/b/a Toyota Financial Services

("TMCC"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants.

Dated: April 4, 2025

/s/ *Tarek N. Chami*
Tarek N. Chami – MI# P76407
*Admitted Pro Hac Vice*
CONSUMER JUSTICE LAW FIRM PLC
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerjustice.com

Jenna Dakroub, CA #350170
E: jdakroub@consumerjustice.com
CONSUMER JUSTICE LAW FIRM PLC
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733

*Attorneys for Plaintiff*
*Marvella Garcia-Mijangos*

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

**CONSUMER JUSTICE LAW FIRM PLC**

By: /s/ *Tarek N. Chami*

Jenna Dakroub

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**

By: */s/ Tarek Chami*